

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 1, 2022**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | **CASE NO. 21-42419-elm7** |
| **ISMAEL JAVIER GARCIA TORRES,** | § | |
| **WANDA ELENA MEDINA ORTIZ,** | § | |
| | § | |
| **Debtors.** | § | **Chapter 7** |
| | § | |
| | § | |
| **L MAKEUP AGENCY & INSTITUTE,** | § | |
| **LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Adversary Proc. No.: 22-04002-elm** |
| | § | |
| **v.** | § | |
| | § | |
| **ISMAEL JAVIER GARCIA TORRES,** | § | |
| **WANDA ELENA MEDINA ORTIZ,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

The Court, having previously entered its Order Approving Stipulation Regarding Dischargeability of Debt of L Makeup Agency & Institute, LLC Pursuant to 11 U.S.C. 523(a)(8) (the "Order"), and good cause appearing therefore:

IT IS HEREBY ORDERED that Judgment is hereby entered favor of Plaintiff L Makeup Agency & Institute, LLC ("Plaintiff"), and against Defendants/Debtors Ismael Javier Garcia Torres, Wanda Elena Medina Ortiz ("Defendants"), and the Plaintiff's claim against Defendants, as described in Defendants' Schedule E/F, Part 2, Item 4.9, as well as in the Complaint on file herein (the "Claim") shall be non-dischargeable pursuant to 11 U.S.C. § 523(a)(8).

IT IS FURTHER ORDERED that, in light of the above resolution of this adversary proceeding, all further dates, deadlines and proceedings in this matter are hereby vacated.

# # # End of Order # # #

Respectfully submitted by:

**SHERMAN LAW, PLLC**

By _____
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail: shlomo@shermanlawlv.com
*(Pro Hac Vice)*

DARRELL W. COOK
State Bar No. 00787279
dwcook@attorneycook.com
STEPHEN W. DAVIS
State Bar No. 24066792
stephen@attorneycook.com_
**DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION**_____
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
Telephone: (214) 368-4686
Facsimile: (214) 593-5713
Service E-Mail: all@attorneycook.com

Attorneys for Plaintiff,
L MAKEUP AGENCY & INSTITUTE, LLC